THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MORRISON, Appellant, against JOHN F. FOSTER, as Warden of Auburn Prison, Respondent.

Submitted October 2, 1946; decided October 17, 1946.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown, Patrick H. Clune, W. S. Elder, Jr.,* and *Irving I. Waxman* of counsel), for respondent.

Appeal dismissed on the ground that no constitutional question is directly involved. No opinion. [See 296 N. Y. 748.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.